**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 18-22953 |
| Vincent A Tortorello; | CHAPTER 13 |
| Debtor(s). | JUDGE A. Benjamin Goldgar |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that on November 13, 2018, there was filed with the Clerk of the Bankruptcy Court, Northern District, Eastern Division, the following in this action:

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-35CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-35CB, **WITHDRAWS** its Proof of Claim filed on October 22, 2018, as Claim # 9-1.

/s/ Nisha B. Parikh
Attorney for Creditor

ANSELMO LINDBERG & ASSOCIATES LLC
1771 W. Diehl Road, Suite 120, Naperville, IL 60563-4947
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)
bankruptcy@AnselmoLindberg.com
File No. B18100047PST
**THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018, a copy of the foregoing Notice of Withdrawal of Proof of Claim was served on the following registered ECF participants, **electronically through the court's ECF System** at the email address registered with the court:

David M Siegel, Debtor's Counsel
Glenn B Stearns, Trustee
Patrick S. Layng, United States Trustee

And by regular US Mail, postage pre-paid on:

Vincent A. Tortorello, 2717 Elizabeth Ave., Zion, IL 60099

/s/ Mariah Moore
ANSELMO LINDBERG & ASSOCIATES LLC
1771 W. Diehl Road, Suite 120, Naperville, IL 60563
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)
THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR.