IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 18-22953 |
| | Chapter 13 |
| VINCENT A. TORTORELLO, | Judge A. Benjamin Goldgar |
| Debtor(s). | Motion Date: June 28, 2019 |
| | Motion Time: 9:30 A.M. |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that on June 28, 2019 at 9:30 A.M., or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge A. Benjamin Goldgar or any judge sitting in his stead in Room B or in the courtroom usually occupied by him at the Park City Branch Court, 301 S. Greenleaf Avenue, Park City, IL 60085, and then and there present the MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR RELIEF FROM THE CO-DEBTOR STAY IN EFFECT UNDER 11 U.S.C. §1301(A), a copy of which is hereby served upon you.

## CERTIFICATE OF SERVICE

I, Ashley K. Rasmussen, an attorney, on oath state that I caused a true and correct copy of this Notice, attached Motion and accompanying documents to be served upon the parties named below through CM/ECF notice on June 20, 2019, and as to the Debtor, by causing the same to be sent in a properly addressed envelope via First Class Mail, with postage prepaid, from 732 Florsheim Dr., Libertyville, IL 60048 on June 20, 2019.

VIA ELECTRONIC NOTICE THROUGH ECF:
David M. Siegel, Esq., Attorney for Debtor
Glenn B. Steans, Trustee

VIA U.S. MAIL:
Vincent A. Tortorello, 2717 Elizabeth Ave., Zion, Illinois 60099
Jennifer L. Tortorello n/k/a Jennifer Hardin, P.O. Box 895, Zion, Illinois 60099

/s/ Ashley K. Rasmussen

COHEN DOVITZ MAKOWKA, LLC
ASHLEY K. RASMUSSEN
ATTORNEY NO. 6308095
10729 W. 159TH STREET
ORLAND PARK, IL 60467
(708) 460-7711
EMAIL: BANKRUPTCY@CDM.LEGAL

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Case No. 18-22953 |
| --- | --- |
|  | Chapter 13 |
| VINCENT A. TORTORELLO, | Judge A. Benjamin Goldgar |
|  |  |
| Debtor(s). | Motion Date: June 28, 2019 |
|  | Motion Time: 9:30 A.M. |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES Dimon Homes, LLC (Movant), by and through its attorneys, pursuant to 11 U.S.C. §§362(d) and 554(b), and moves the Honorable Court for relief from the automatic stay in effect under 11 U.S.C. §362(a) and for relief from the automatic stay and from the co-debtor stay in effect under 11 U.S.C. §1301(a). In support of its Motion, Movant states:

1. On August 14, 2018 (Petition Date), Vincent A. Tortorello (Debtor), filed a voluntary petition for relief pursuant to Chapter 13, Title 11, of the United States Code.

2. Dimon Homes, LLC is a secured creditor and party in interest herein.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157(b)(1) and 157(b)(2)(G), 11 U.S.C. §§362 and 554, and Federal Rules of Bankruptcy Procedure 4001 and 9014. This is a "core" proceeding under 28 U.S.C. §157(b)(2)(G).

4. Venue is proper in this Court pursuant to 28 U.S.C. §1409.

5. The Movant is the owner and holder of a Note dated January 27, 2011 executed by Vincent Anthony Tortorello and Jennifer L. Tortorello in the original principal amount of $28,125.00 (Note) which was modified by an Amended and Restated Promissory Note dated January 29, 2016 to reflect a principal sum amount of $30,000.00. A copy of the Note is attached hereto and made a part hereof as Exhibit "A". A copy of the Amended Note is attached hereto and made a part hereof as Exhibit "B".

6. Said Note is secured by a Mortgage against the real property commonly known as 2717 Elizabeth Avenue, Zion, Illinois 60099 (Property) which was modified by an Amended and Restated Mortgage. A copy of the recorded Mortgage is attached hereto and made a part hereof as Exhibit "C". A copy of the Amended Mortgage is attached hereto and made a part hereof as Exhibit "D".

1

7. As of the Petition Date, the balance due and owing to Movant, pursuant to the terms of the Note, was $30,676.63.

8. As of the Petition Date, the value of the Property was estimated by Debtor to be $86,000.00.

9. Prior to the Petition Date, Debtor was in default under the terms of the Note as a result of Debtor's failure to pay the general real estate taxes owed for the years 2015 and 2016 and the monthly payments due and owing for the month of November 2017 and each payment thereafter plus fees and other charges for a total pre-petition default in the amount of $13,248.54.

10. Prior to the Petition Date, on November 29, 2017 Movant filed a complaint to foreclose its Mortgage (Foreclosure) against Property in the Circuit Court of Lake County, Illinois as case number 17 CH 1585. Said Foreclosure case is pre-judgment and has since been placed on the Foreclosure Court's bankruptcy calendar due to the filing of the Petition.

11. Movant requests relief from the automatic stay to foreclose its Mortgage against the Property for cause, pursuant to 11 U.S.C. §362(d)(1-2), for the following reasons:

   a. Movant is not adequately protected with a continuation of the automatic stay due to Debtor's failure to make the payments due and owing to Movant pursuant to the terms of the Debtor's Confirmed Plan as follows:

      i. Since the Petition Date and as set forth on the Post-Petition Payment History filed as an exhibit to this Motion, Debtor has failed to make payments to Movant pursuant to the terms of the Debtor's Confirmed Plan beginning with the payment due and owing September 1, 2018 in the amount of $548.95;

      ii. As of the date of filing of the instant Motion, the total post-petition default is $3,293.70, which amount does not include any post-petition attorneys' fees incurred.

12. Movant also requests relief from the co-debtor automatic stay pursuant to 11 U.S.C. §1301(c)(3) as to non-filing, co-debtor, Jennifer L. Tortorello, because Movant's interest would be irreparably harmed by the continuation of the co-debtor stay.

13. To date, attorneys' fees in the amount of $625.00 and costs in the amount of $181.00 have been incurred in the filing of the instant motion.

14. No cause exists to delay the enforcement and implementation of relief and if not permitted to continue to foreclose its security interest in the Property, Movant will suffer irreparable injury, loss and damage in addition to incurring additional fees and costs in the pending foreclosure action; therefore, Movant requests any stay of enforcement pursuant to Bankruptcy Rule 4001(a)(3) be waived.

WHEREFORE, Movant requests that this Court enter an order:

1. Granting Movant relief from the automatic stay in effect under 11 U.S. C. §362(a) to permit it to complete its foreclosure and enforce its lien;
2. Granting Movant relief from the co-debtor stay in effect under 11 U.S.C. §1301(a) to permit it to seek recovery from Co-Debtor, Jennifer L. Tortorello;
3. Providing that said order shall not be stayed until the expiration of 14 days as otherwise required by Federal Rule of Bankruptcy Procedure 4001 (a)(3); and
4. Providing for such other and further relief as is just in the circumstances.

Respectfully Submitted,

DIMON HOMES, LLC

/s/ Ashley K. Rasmussen
One of Its Attorneys

COHEN DOVITZ MAKOWKA, LLC
ASHLEY K. RASMUSSEN
ATTORNEY NO. 6308095
10729 W. 159TH STREET
ORLAND PARK, IL 60467
(708) 460-7711
EMAIL: BANKRUPTCY@CDM.LEGAL