**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____ Case No. _____ Chapter _____

All Cases: Moving Creditor _____ Date Case Filed _____

Nature of Relief Sought:  ☐ Lift Stay       ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☐ Other (describe)_____

2. Balance Owed as of Petition Date   $ _____
   Total of all other Liens against Collateral $_____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ _____

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____        Amount $ _____

   b. ☐ Post-Petition Default
      i.  ☐ On direct payments to the moving creditor
         Number of months _____        Amount $ _____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____        Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection  § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid        Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe)_____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii ☐ Redeem    iii. ☐ Surrender    iv. ☐ No Statement of Intention Filed

Date: _____        _____
                                             Counsel for Movant

(Rev. 12 /21/09)

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Case No. 18-22953 |
| --- | --- |
| VINCENT A. TORTORELLO, | Chapter 13 |
|  | Judge A. Benjamin Goldgar |
| Debtor(s). | Motion Date: June 28, 2019 |
|  | Motion Time: 9:30 A.M. |

**Post-Petition Payment History**

| Transaction Date | Transaction | Transaction Amount | Balance Due |
| --- | --- | --- | --- |
| 09/01/2018 | Payment Due | $548.95 | $548.95 |
| 10/01/2018 | Payment Due | $548.95 | $1,097.90 |
| 11/01/2018 | Payment Due | $548.95 | $1,646.85 |
| 11/23/2018 | Payment Received | $1,097.90 | $548.95 |
| 12/01/2018 | Payment Due | $548.95 | $1,097.90 |
| 01/01/2019 | Payment Due | $548.95 | $1,646.85 |
| 01/03/2019 | Payment Received | $1,097.90 | $548.95 |
| 02/01/2019 | Payment Due | $548.95 | $1,097.90 |
| 03/01/2019 | Payment Due | $548.95 | $1,646.85 |
| 04/01/2019 | Payment Due | $548.95 | $2,195.80 |
| 05/01/2019 | Payment Due | $548.95 | $2,744.75 |
| 06/01/2019 | Payment Due | $548.95 | $3,293.70 |