UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-22953
Vincent A. Tortorello  )
)
)  Chapter: 13
)
)  Honorable A. Benjamin Goldgar
)
)  Lake County
Debtor(s)  )

## Order Modifying Automatic Stay and Granting Relief from Co-Debtor Stay

This matter coming before the court on the motion of TCF National Bank, pursuant to 11 U.S.C. Section 362 of the United States Bankruptcy Code, for relief from automatic stay and for relief from from co-debtor stay in effect under 11 U.S.C. §1301(A), due notice of the motion having been given to all parties entitled thereto, and the court having considered the motion and the exhibits annexed thereto, and being otherwise advised in the premises,

IT IS HEREBY ORDERED that the Motion of Dimon Homes, LLC is granted and the automatic stay is modified to allow Dimon Homes, LLC to foreclose its mortgage which affects the real property commonly known as 2717 Elizabeth Avenue, Zion, Illinois 60099 and legally described as:

LOT 9 IN BLOCK 75 IN ZION CITY SUBDIVISION IN SECTION 22, TOWNSHIP 46 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN LAKE COUNTY, ILLINOIS.

Property Index Number: 04-22-312-009

IT IS FURTHER ORDERED that the Codebtor Stay provided by §1301(a) of the Bankruptcy Code is terminated as to, Jennifer L. Tortorello, and Dimon Homes, LLC may exercise its collection rights accordingly;

IT IS FURTHER ORDERED that the 14 day stay provision of Bankruptcy Rule 4001(a)(3) shall not apply to this Order, and the Order shall be in full force and effect upon entry of this Order.

Enter:

Dated: **2 8 JUN 2019**

United States Bankruptcy Judge

**Prepared by:**
Cohen Dovitz Makowka, LLC
Ashley K. Rasmussen
Attorney No. 6308095
10729 W. 159th St, Orland Park, IL 60467
(708) 460-7711; bankruptcy@cdm.legal

Rev: 20151029_bko